IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| EARLEAN S. MOON | § |
| | § |
| v. | § CIVIL ACTION NO. G-04-631 |
| | § |
| JO ANNE B. BARNHART, | § |
| COMMISSIONER OF SOCIAL SECURITY | § |

# FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 19th day of October, 2006.

_____
Samuel B. Kent
United States District Judge